THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v J. B. BANKSTON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—menacing.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRITON HICKSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Wayne County Court, Stiles, J.—burglary, third degree.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WALTER BROWN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Mordue, J.—attempted murder, second degree.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX STABLE, Appellant.—Judgment unanimously affirmed *(see, People v Duenas,* 120 AD2d 978). (Appeal from judgment of Orleans County Court, Miles, J.—attempted kidnapping, second degree.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN L. POWELL, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Hurlbutt, J.—grand larceny, third degree.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.